UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LYNDEN YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No. 15-cv-00872-YGR (PR)<br><br>**ORDER** |

    Petitioner has filed a consent to magistrate judge jurisdiction in this federal habeas corpus action. Dkt. 8 at 1. Prior to being reassigned to the undersigned Judge, this action was originally assigned to Magistrate Judge Nandor J. Vadas.

    The Clerk of the Court shall reassign this matter to Magistrate Judge Vadas.

    IT IS SO ORDERED.

Dated: April 15, 2015

                                                       YVONNE GONZALEZ ROGERS
                                                       United States District Judge