UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VINCENT LYNDEN YOUNG,

    Petitioner,

vs.

WARDEN RANDY GROUNDS,

    Respondent.

No. C 15-0872 NJV (PR)

**ORDER OF TRANSFER**

This is a habeas corpus petition filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Los Angeles County Superior Court. Los Angeles County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated in this district

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Central District, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).[1]

**IT IS SO ORDERED.**

Dated: April 23, 2015.

NANDOR J. VADAS
United States Magistrate Judge

---

[1] Petitioner was convicted in 1996. A habeas petition in the Central District was already denied for this same conviction and the Ninth Circuit denied a certificate of appealability. *See Young v. Sullivan*, 2:04-cv-4968 DT-CT. It appears that this petition is successive.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT LYNDEN YOUNG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RANDY GROUNDS,<br><br>　　　　Respondent.<br>_____/ | No. 1:15-CV-0872 NJV<br><br><br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that on April 23, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Lynden Young
K49033
Salinas Valley State Prison
B1-147
P.O. Box 1050
Soledad, CA 93960

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　　　　　　　　　　　the Honorable Nandor J. Vadas

2